**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06cr00186-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EDWARD H. SHATTUCK,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on September 24, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Timothy Ivey.

The supervised release violation report [Doc. 33] was referred to Magistrate Judge George J. Limbert on August 10, 2015 [Doc. 36]. The Magistrate Judge issued a Report and Recommendation on August 11, 2015 [Doc. 39]. The Court, finding no objection to the Report and Recommendation, adopted same and found that the conditions of supervised release were violated as follows:

      1) new arrest and conviction in Medina Municipal Court;

      2) failure to pay restitution.

Therefore, the defendant is committed to the Bureau of Prisons for a term of twelve months and is granted credit for time served in federal custody on the instant offenses. If the supervising officer can confirm that defendant does in fact have employment that he can

immediately return to then the Court will suspend the imposed sentence and defendant will be permitted to return to work.  That being the case then the Court will also imposes one additional year of supervised release with the same conditions earlier ordered.  If defendant fails to maintain employment then the imposed sentence will be served.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: September 25, 2015                      *s/    James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE